■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS MARTE, Appellant. [22 NYS3d 858]—An appeal having been

taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Melissa Jackson, J.), rendered June 17, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Saxe and Kapnick, JJ.